# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2024

## NO. 03-23-00343-CR

**Brian Grady Miller, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing at which the trial court will orally pronounce its sentence and sign a new written judgment comporting with that pronouncement. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2024

## NO. 03-23-00344-CR

**Brian Grady Miller, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing at which the trial court will orally pronounce its sentence and sign a new written judgment comporting with that pronouncement. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2024

## NO. 03-23-00345-CR

**Brian Grady Miller, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing at which the trial court will orally pronounce its sentence and sign a new written judgment comporting with that pronouncement. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2024

## NO. 03-23-00346-CR

**Brian Grady Miller, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND KELLY**
**REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing at which the trial court will orally pronounce its sentence and sign a new written judgment comporting with that pronouncement. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2024

## NO. 03-23-00347-CR

**Brian Grady Miller, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND KELLY
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing at which the trial court will orally pronounce its sentence and sign a new written judgment comporting with that pronouncement. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.